IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY _____ D.C.
05 DEC 14  PM 2: 37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JANIS WHITTEN, et al., | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 05-2761-MI V |
| | ) |
| MICHELIN AMERICAS RESEARCH | ) Jury Demanded |
| & DEVELOPMENT CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ~~PROPOSED~~ RULE 16(B) SCHEDULING ORDER

I. Pursuant to Rule 16(b), counsel for the parties have conferred regarding the discovery plan for the above-styled cause. Participating were Mr. Corey B. Trotz, Attorney for Plaintiffs and Mr. Benjamin E. Baker and Ms. Dana Taunton, Of Counsel for Plaintiffs; Mr. W.J. Michael Cody and Ms. Jennifer S. Hagerman, Attorneys for Michelin North America, Inc. and Michelin Americas Research and Development Corporation; Mr. A.M. Quattlebaum, Jr., Of Counsel for Michelin North America, Inc.; Ms. Elizabeth C. Helm, Of Counsel for Michelin Americas Research and Development Corporation; Mr. David I. Feigelson, Attorney for James R. Holland d/b/a Jim's Used Cars; Mr. J. Randolph Bibb, Jr. and Ms. Emily T. Landry, Attorneys for Isuzu Motors America. Inc., Isuzu Motors Limited and Subaru of Indiana Automotive, Inc. and Mr. Chris C. Spencer and Ms. Elizabeth A. Kinland, Of Counsel for Isuzu Motors America. Inc., Isuzu Motors Limited and Subaru of Indiana Automotive, Inc.

II. Pursuant to Rule 26(f) and by agreement of counsel, the parties reported that initial disclosures as required by Rule 26(a)(1) will be made by the Plaintiff on or before January 6, 2006 and by the Defendants on or before January 6, 2006.

III.  Pursuant to agreement among the parties and in accordance with the Rule 26(f) proposed discovery plan submitted by the parties, the following dates were established as the final dates for:

JOINING PARTIES:

(a) Plaintiffs' and Defendants' deadline for joining parties is March 27, 2006.

AMENDING PLEADINGS

(a) Plaintiffs' and Defendants' deadline for amending pleadings is March 27, 2006.

COMPLETING ALL DISCOVERY:  October 30, 2006 (leaving time for a party to respond within the time period set forth).

(a) REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: July 17, 2006

(b) DEPOSITIONS (other than experts): July 17, 2006

(c) EXPERT DISCLOSURES UNDER RULE 26(a)(2):

(1) Disclosure of Plaintiffs' Rule 26 Expert Information: July 24, 2006

(2) Deadline for Depositions of Plaintiffs' Experts: August 28, 2006

(3) Disclosure of Defendants' Rule 26 Expert Information: September 25, 2006

(4) Deadline for Depositions of Defendants' Experts: October 30, 2006

(d) RULE 26(e) SUPPLEMENTATION DUE: November 15, 2006

(e) DISCLOSURE OF WITNESSES AND EXHIBITS UNDER RULE 26(a)(3):

(1) Deadline for Plaintiffs' Final Lists of Witnesses and Exhibits under Rule 26(a)(3): Forty-five (45) days prior to trial.

  (2) Deadline for Defendants' Final Lists of Witnesses and Exhibits under Rule 26(a)(3): Forty-five (45) days prior to trial.

(f) PARTIES HAVE 14 DAYS AFTER SERVICE OF FINAL LISTS OF WITNESSES AND EXHIBITS TO LIST OBJECTIONS UNDER RULE 26(a)(3).

(g) PRETRIAL MOTIONS

  (1) Deadline for filing dispositive motions: <u>November 30, 2006</u>

IV. OTHER RELEVANT MATTERS:

No Depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last fifteen (15) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties <u>have not</u> consented to trial before the magistrate judge. This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

Stipulated by the parties this 13th day of December, 2005.


---

Corey B. Trotz (#14512)
NAHON, SAHAROVICH & TROTZ, PLC
488 South Mendenhall
Memphis, Tennessee 38117
Attorney for Plaintiffs

    Benjamin E. Baker
    Dana Taunton
    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
    218 Commerce Street
    P.O. Box 4160
    Montgomery, Alabama 36103-4160
    Of Counsel for Plaintiffs


---

W.J. Michael Cody (#7809)
Jennifer S. Hagerman (#20281)
BURCH, PORTER & JOHNSON
130 North Court Avenue
Memphis, Tennessee 38103
Attorneys for Defendants Michelin North America, Inc
 and Michelin Americas Research and Development Corporation

    A.M. Quattlebaum, Jr.
    NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
    Poinsett Plaza
    104 South Main Street, Suite 900
    P.O. Box 10084
    Greenville, South Carolina 29601
    Of Counsel for Defendant Michelin North America, Inc.

    Elizabeth C. Helm
    MORRIS, MANNING & MARTIN, LLP

      1600 Atlanta Financial Center
      3343 Peachtree Road, N.E.
      Atlanta, Georgia  30326-1044
      Of Counsel for Defendant Michelin Americas Research
        and Development Corporation

---

J. Randolph Bibb, Jr. (#9350)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
Commerce Center
211 Commerce Center, Suite 100
Nashville, TN 37201

and

Emily T. Landry (#22157)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Attorneys for Defendants Isuzu Motors America, Inc., Isuzu Motors
 Limited and Subaru of Indiana Automotive, Inc.

      Christopher C. Spencer
      Elizabeth A. Kinland
      BOWMAN AND BROOKE, LLP
      Riverfront Plaza, West Tower
      901 E. Byrd Street, Suite 1500
      Richmond, Virginia  23219
      Of Counsel for Defendants Isuzu Motors America, Inc.,
        Isuzu Motors Limited and Subaru of Indiana Automotive, Inc.

---

David I. Feigelson (#20350)
PETKOFF AND ASSOCIATES
305 Washington Avenue
Memphis, Tennessee 38103
Attorney for Defendant James R. Holland d/b/a
 Jim's Used Cars

5

Adopted by the Court this  13th  day of  December 200 5

_____
United States Magistrate Judge

M ETL 916654 v3
2900609-000001  12/12/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02761 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Corey B. Trotz
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

W.J. Michael Cody
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

David I. Feigelson
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Honorable Jon McCalla
US DISTRICT COURT