IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JANIS WHITTEN, et al., )
)
    Plaintiffs, )
)
v. ) No. 05-2761 Ml/V
)
MICHELIN AMERICAS RESEARCH )
& DEVELOPMENT CORPORATION, et al., )
)
    Defendants. )

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on December 13, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last fifteen (15) days, is set to begin <u>Tuesday, January 16, 2007 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Tuesday, January 9, 2007 at 9:00 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>January 2, 2007</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __27__ day of December, 2005.

                                               JON PHIPPS McCALLA
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02761 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Corey B. Trotz
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David I. Feigelson
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

W.J. Michael Cody
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable Jon McCalla
US DISTRICT COURT