IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 29 PM 4: 28

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JANIS WHITTEN, et al., | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 05-2761-MI V |
| | ) |
| ISUZU MOTORS AMERICA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER ENLARGING TIME TO SUBMIT INITIAL DISCLOSURES

The Scheduling Order that this Court entered on December 13, 2005 provides that Rule 26(a)(1) initial disclosures shall be exchanged on January 6, 2006. The Scheduling Order also provides that it may be amended for good cause. Since many of the parties who are necessary to create these disclosures will not be available during the holiday season of late December and early January, the parties have agreed that there is good cause for a two-week extension until January 20, 2006 for all of the parties to provide their Rule 26(a)(1) initial disclosures.

Therefore, based on the reasons presented and the agreement of the parties, it is ORDERED that the Scheduling Order entered on December 13, 2005 is amended to reflect that the initial disclosures of all parties are due on January 20, 2006.

IT IS SO ORDERED this 28th day of December, 2005.

_____
Diane K. Vescovo
United States ~~District Court~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-30-05

M ETL 921018 v1
2900609-000001 12/22/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02761 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Corey B. Trotz
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

A. M. Quattlebaum
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
104 South Main St., Ste. 900
P.O. Box 10084
Greenville, SC 29601

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David I. Feigelson
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

W.J. Michael Cody
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable Jon McCalla
US DISTRICT COURT